```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 19-02097-RNO
Dorothy Ann Daniels                                                                     Chapter 13
Don D Daniels
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar                 Page 1 of 3                 Date Rcvd: Jun 19, 2019
                              Form ID: ntcnfhrg             Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db/jdb         +Dorothy Ann Daniels,    Don D Daniels,    1053 Water Street,    Moosic, PA 18507-1809
5198600        +American Express,    PO Box 981537,    El Paso TX 79998-1537
5198601        +Attorney Demetrius H. Tsarouhis,    21 S. 9th Street,    Suite 200,    Allentown PA 18102-4861
5198603         C Tech Collections,    5505 Nesconset Hwy.,    Suite 200,    Mount Sinai NY 11766-2026
5198610        +Commercial Acceptance Company,    2 West Main Street,    Shiremanstown, PA 17011-6326
5198611         Commonwealth Health,    PO Box 637289,    Cincinnati OH 45263-0877
5198613        +Commonwealth Physician Network,    1032 N Washington Ave,    Scranton, PA 18509-2913
5198612         Commonwealth Physician Network,    610 Wyoming Ave,    Kingston PA 18704-3702
5198614         Convergent,   PO Box 1022,    Wixom MI 48393-1022
5198619        +Dr. Gary Verazan M.D.,    390 Pierce Street,    Kingston PA 18704-5532
5198620        +HSBC,   PO Box 9,    Buffalo NY 14240-0009
5198621        +HSBC Bank Nevada N.A.,    2300 W Sahara Ave,    Las Vegas NV 89102-4352
5198622        +IC System Inc,    PO Box 64437,    St. Paul, MN 55164-0437
5198624        +Landmark Community Bank,    2 S Main Street,    Pittston PA 18640-1850
5198629        +Medical Data Systems,    2001 9th Avenue STE 312,    Vero Beach FL 32960-6413
5208476        +NAPA OF WILKES-BARRE GENERAL HOSPITAL,     C.TECH COLLECTIONS, INC.,
                 5505 NESCONSET HWY - STE 200,    MT SINAI, NY 11766-2026
5198633         Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,    Dallas TX 75063
5198634        +Northland Group Inc.,    PO Box 390846,    Minneapolis MN 55439-0846
5198637         PayPal Credit,    PO Box 71202,    Charlotte NC 28272-1202
5198636        #PayPal Credit,    PO Box 105658,    Atlanta GA 30348-5658
5198640        +Pennsylvania Physicians Services,    PO Box 14000,    Belfast ME 04915-4033
5198641        +Pennsylvania Physicians Services,    Attn #21113R,    PO Box 14000,    Belfast ME 04915-4033
5198639         Pennsylvania Physicians Services,    Mailstop 49111298,    PO Box 660827,    Dallas TX 75266-0827
5198644        +Radiology Associates of Wyoming Valley,     575 N River Street,    Wilkes Barre PA 18702-2634
5198649        +The Bank of Missouri/Milstne,    PO Box 4499,    Beaverton OR 97076-4499
5198650        +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook IL 60062-2757
5198652         UFCW Federal Credit Union,    977 Wyoming Ave.,    Wtoming, PA 18644
5198653        +Unifund,    10625 Techwoods Circle,    Cincinnati OH 45242-2846
5203324        +Unifund CCR LLC,    Tsarouhis Law Group,    21 South Ninth Street,    Allentown, PA 18102-4861
5198659         Wilkes Barre Clinic Company,    Attn: 9627B,    PO Box 14000,    Belfast ME 04915-4033
5198660        +Wilkes Barre General Hospital,    575 North River Street,    Wilkes Barre PA 18764-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 20:04:10
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5198602        +E-mail/Text: bk@avant.com Jun 19 2019 19:58:28      Avant,    222 N Lasalle Street,    Suite 1700,
                 Chicago IL 60601-1101
5198606         E-mail/Text: bankruptcy@cavps.com Jun 19 2019 19:58:17      Cavalry Portfolio Services, LLC,
                 PO Box 27288,    Tempe, AZ 85285-7288
5198604        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 20:03:18      Capital One,
                 PO Box 30281,    Salt Lake City UT 84130-0281
5198605        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 20:02:34      Capital One,
                 PO Box 30285,    Salt Lake City UT 84130-0285
5204567         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 20:04:05
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5198607        +E-mail/Text: bankruptcy@cavps.com Jun 19 2019 19:58:18      Cavalry Portfolio Svcs,
                 500 Summit Lake Dr,    Ste 4A,    Vallhalla, NY 10595-2323
5200223        +E-mail/Text: bankruptcy@cavps.com Jun 19 2019 19:58:18      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5198608        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2019 19:57:42      Commenity Bank,
                 PO Box 182273,    Columbus OH 43218-2273
5198609        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2019 19:57:42
                 Commenity Bank Woman Within,    PO Box 182789,    Columbus OH 43218-2789
5198615        +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 19 2019 19:58:22
                 Credit Management Company,    2121 Noblestown Rd,    Pittsburgh PA 15205-3956
5198616         E-mail/Text: bdsupport@creditmanagementcompany.com Jun 19 2019 19:58:22
                 Credit Management Company,    PO Box 16346,    Pittsburgh PA 15242-0346
5198617        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 19 2019 20:02:42      Credit One Bank,
                 PO Box 98872,    Las Vegas NV 89193-8872
5198618        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 19 2019 20:04:08      Credit One Bank,
                 PO Box 98873,    Las Vegas NV 89193-8873
5198623        +E-mail/Text: bncnotices@becket-lee.com Jun 19 2019 19:57:22      Kohls,    PO Box 3115,
                 Milwaukee WI 53201-3115
5198628        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2019 20:03:30      LVNV Funding,
                 PO Box 10587,    Greenville SC 29603-0587
5198627        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2019 20:04:17      LVNV Funding,
                 PO Box 10497,    Greenville SC 29603-0497
5198625        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2019 20:03:29      LVNV Funding,
                 c/o Resurgent Capital Services,    PO Box 1269,    Greenville SC 29602-1269
5198626        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2019 20:14:41      LVNV Funding,
                 PO Box 1269,    Greenville SC 29602-1269
```

District/off: 0314-5    User: DDunbar    Page 2 of 3    Date Rcvd: Jun 19, 2019
                        Form ID: ntcnfhrg   Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5203196        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2019 20:14:42    LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5209779        E-mail/Text: bkr@cardworks.com Jun 19 2019 19:56:06      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5198630       +E-mail/Text: bkr@cardworks.com Jun 19 2019 19:56:06      Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
5198631       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2019 19:57:58     Midland Funding LLC,
                 2365 Northside Drive,    Suite 300,   San Diego CA 92108-2709
5198632       +E-mail/Text: Bankruptcies@nragroup.com Jun 19 2019 19:58:40     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg PA 17111-1036
5207469        E-mail/PDF: cbp@onemainfinancial.com Jun 19 2019 20:03:01    ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5198635       +E-mail/PDF: cbp@onemainfinancial.com Jun 19 2019 20:03:49    One Main,   PO Box 1010,
                 Evansville, IN 47706-1010
5198642        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 20:25:45
                 Portfolio Recovery Associates,    120 Corporate Blvd,   Suite 100,   Norfolk, VA 23502
5198638        E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:56    Paypal Synch Bank,
                 PO Box 960080,    Orlando FL 32896-0080
5198643       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 19 2019 19:58:20     Quicken Loans,
                 1050 Woodward Avenue,    Detroit MI 48226-1906
5198645        E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:10    SYNCB/AMAZON PLCC,
                 PO BOX 965015,    Orlando, FL 32896-5015
5198646        E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:56    Synchb/Paypal Extra SMC,
                 PO Box 965005,    Orlando FL 32896-5005
5198647        E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:10    Synchrony Bank,   PO Box 965036,
                 Orlando FL 32896-5036
5199076       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:10    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5198648        E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:10    Synchrony Bank Sams Club,
                 PO Box 965005,    Orlando FL 32896-5005
5198651       +E-mail/Text: bknotices@totalcardinc.com Jun 19 2019 19:58:00     Total Card Inc,
                 5109 South Broadband Lane,    Sioux Falls SD 57108-2208
5198655       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 19 2019 19:56:10
                  Verizon Wireless,    500 Technology Drive Suite 300,    Weldon Springs MO 63304-2225
5198654       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 19 2019 19:56:10
                  Verizon Wireless,    PO Box 5029,   Wallingford CT 06492-7529
5198656       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 19 2019 19:56:10
                  Verizon Wireless,    PO Box 28000,   Lehigh Valley PA 18002-8000
5198657        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 19 2019 19:56:10
                  Verizon Wireless,    PO Box 26055,   Minneapolis MN 554260055
5198658       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 19 2019 19:58:28     Webbank Fingerhut,
                 6250 Ridgewod Road,    Saint Cloud MN 56303-0820
5198661       +E-mail/Text: RMOpsSupport@alorica.com Jun 19 2019 19:58:07     Worldwide Asset Purchasing LLC,
                 11808 Miracle Hills Drive,    Omaha, Nebraska 68154-4403
                                                                                              TOTAL: 41

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: DDunbar            Page 3 of 3                 Date Rcvd: Jun 19, 2019
                               Form ID: ntcnfhrg        Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John    Fisher     on behalf of Debtor 2 Don D Daniels johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John    Fisher     on behalf of Debtor 1 Dorothy Ann Daniels johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Dorothy Ann Daniels, | Chapter 13 |
| **Debtor 1** | |
| Don D Daniels, | Case No. 5:19−bk−02097−RNO |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **July 17, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 24, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 19, 2019 |

ntcnfhrg (03/18)