Certificate Number: 17082-PAM-DE-036184121

Bankruptcy Case Number: 19-02097



17082-PAM-DE-036184121

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 5, 2021, at 9:01 o'clock PM MST, DOROTHY A DANIELS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 6, 2021              By:   /s/Orsolya K Lazar

                                      Name: Orsolya K Lazar

                                      Title: Executive Director