United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-02097-MJC
Dorothy Ann Daniels  Chapter 13
Don D Daniels
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 5
Date Rcvd: Jun 21, 2024     Form ID: 3180W     Total Noticed: 81

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dorothy Ann Daniels, Don D Daniels, 1053 Water Street, Moosic, PA 18507-1809 |
| 5198601 | + | Attorney Demetrius H. Tsarouhis, 21 S. 9th Street, Suite 200, Allentown PA 18102-4861 |
| 5198610 | + | Commercial Acceptance Company, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 5198611 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5198613 | + | Commonwealth Physician Network, 1032 N Washington Ave, Scranton, PA 18509-2948 |
| 5198612 | | Commonwealth Physician Network, 610 Wyoming Ave, Kingston PA 18704-3702 |
| 5198614 | | Convergent, PO Box 1022, Wixom MI 48393-1022 |
| 5198619 | + | Dr. Gary Verazan M.D., 390 Pierce Street, Kingston PA 18704-5532 |
| 5198621 | + | HSBC Bank Nevada N.A., 2300 W Sahara Ave, Las Vegas NV 89102-4352 |
| 5208476 | + | NAPA OF WILKES-BARRE GENERAL HOSPITAL, C.TECH COLLECTIONS, INC., 5505 NESCONSET HWY - STE 200, MT SINAI, NY 11766-2026 |
| 5198633 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Dallas TX 75063 |
| 5198640 | + | Pennsylvania Physicians Services, PO Box 14000, Belfast ME 04915-4033 |
| 5198641 | + | Pennsylvania Physicians Services, Attn #21113R, PO Box 14000, Belfast ME 04915-4033 |
| 5198639 | | Pennsylvania Physicians Services, Mailstop 49111298, PO Box 660827, Dallas TX 75266-0827 |
| 5198644 | + | Radiology Associates of Wyoming Valley, 575 N River Street, Wilkes Barre PA 18702-2634 |
| 5199076 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5198652 | | UFCW Federal Credit Union, 977 Wyoming Ave., Wtoming, PA 18644 |
| 5203324 | + | Unifund CCR LLC, Tsarouhis Law Group, 21 South Ninth Street, Allentown, PA 18102-4861 |
| 5198659 | | Wilkes Barre Clinic Company, Attn: 9627B, PO Box 14000, Belfast ME 04915-4033 |
| 5198660 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18764-0001 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: Q3GTBI | Jun 21 2024 22:32:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | EDI: PRA.COM | Jun 21 2024 22:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5198600 | + | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 18:49:57 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 5198602 | + | Email/Text: bk@avant.com | Jun 21 2024 18:35:00 | Avant, 222 N Lasalle Street, Suite 1700, Chicago IL 60601-1101 |
| 5223067 | | EDI: Q3GTBI | Jun 21 2024 22:32:00 | Bureaus Investment Group, Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5198603 | | Email/Text: bankruptcy@ctech-collects.com | Jun 21 2024 18:35:00 | C Tech Collections, 5505 Nesconset Hwy., Suite |

| Recipient ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 200, Mount Sinai NY 11766-2026 |
| 5198606 | Email/Text: bankruptcy@cavps.com | Jun 21 2024 18:35:00 | Cavalry Portfolio Services, LLC, PO Box 27288, Tempe, AZ 85285-7288 |
| 5198604 | + EDI: CAPITALONE.COM | Jun 21 2024 22:32:00 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5198605 | + EDI: CAPITALONE.COM | Jun 21 2024 22:32:00 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 5204567 | EDI: CAPITALONE.COM | Jun 21 2024 22:32:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5214231 | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 18:49:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5198607 | + Email/Text: bankruptcy@cavps.com | Jun 21 2024 18:35:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Ste 4A, Vallhalla, NY 10595-2323 |
| 5200223 | + Email/Text: bankruptcy@cavps.com | Jun 21 2024 18:35:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5198608 | + EDI: WFNNB.COM | Jun 21 2024 22:32:00 | Commenity Bank, PO Box 182273, Columbus OH 43218-2273 |
| 5198609 | + EDI: WFNNB.COM | Jun 21 2024 22:32:00 | Commenity Bank Woman Within, PO Box 182789, Columbus OH 43218-2789 |
| 5198616 | Email/Text: bdsupport@creditmanagementcompany.com | Jun 21 2024 18:35:00 | Credit Management Company, PO Box 16346, Pittsburgh PA 15242-0346 |
| 5198615 | + Email/Text: bdsupport@creditmanagementcompany.com | Jun 21 2024 18:35:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh PA 15205-3956 |
| 5198617 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2024 18:39:09 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5198618 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2024 18:39:21 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 5198620 | + EDI: HFC.COM | Jun 21 2024 22:32:00 | HSBC, PO Box 9, Buffalo NY 14240-0009 |
| 5198622 | + EDI: LCIICSYSTEM | Jun 21 2024 22:32:00 | IC System Inc, PO Box 64437, St. Paul, MN 55164-0437 |
| 5221707 | EDI: JEFFERSONCAP.COM | Jun 21 2024 22:32:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 5198623 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2024 18:35:00 | Kohls, PO Box 3115, Milwaukee WI 53201-3115 |
| 5198625 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2024 18:38:56 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville SC 29602-1269 |
| 5198626 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2024 18:49:46 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5198627 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2024 18:38:55 | LVNV Funding, PO Box 10497, Greenville SC 29603-0497 |
| 5198628 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2024 18:39:21 | LVNV Funding, PO Box 10587, Greenville SC 29603-0587 |
| 5203196 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2024 18:39:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5209779 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2024 18:39:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5198629 | + Email/Text: MDSBankruptcies@meddatsys.com | Jun 21 2024 18:35:00 | Medical Data Systems, 2001 9th Avenue STE 312, Vero Beach FL 32960-6413 |
| 5198630 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2024 18:49:34 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5198631 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2024 18:35:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego CA 92108-2710 |
| 5224320 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2024 18:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5198632 | + | Email/Text: Bankruptcies@nragroup.com | Jun 21 2024 18:35:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg PA 17111-1036 |
| 5198634 | + | Email/Text: ngisupport@radiusgs.com | Jun 21 2024 18:35:00 | Northland Group Inc., PO Box 390846, Minneapolis MN 55439-0846 |
| 5207469 | | EDI: AGFINANCE.COM | Jun 21 2024 22:32:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5198635 | + | EDI: AGFINANCE.COM | Jun 21 2024 22:32:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5198642 | | EDI: PRA.COM | Jun 21 2024 22:32:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 5225728 | | EDI: PRA.COM | Jun 21 2024 22:32:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5198636 | | EDI: SYNC | Jun 21 2024 22:32:00 | PayPal Credit, PO Box 105658, Atlanta GA 30348-5658 |
| 5198637 | | EDI: SYNC | Jun 21 2024 22:32:00 | PayPal Credit, PO Box 71202, Charlotte NC 28272-1202 |
| 5198638 | | EDI: SYNC | Jun 21 2024 22:32:00 | Paypal Synch Bank, PO Box 960080, Orlando FL 32896-0080 |
| 5220837 | | EDI: Q3G.COM | Jun 21 2024 22:32:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5198643 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 21 2024 18:35:00 | Quicken Loans, 1050 Woodward Avenue, Detroit MI 48226-3573 |
| 5213726 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 21 2024 18:35:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5198645 | | EDI: SYNC | Jun 21 2024 22:32:00 | SYNCB/AMAZON PLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 5198646 | | EDI: SYNC | Jun 21 2024 22:32:00 | Synchb/Paypal Extra SMC, PO Box 965005, Orlando FL 32896-5005 |
| 5199076 | ^ | MEBN | Jun 21 2024 18:33:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5198647 | | EDI: SYNC | Jun 21 2024 22:32:00 | Synchrony Bank, PO Box 965036, Orlando FL 32896-5036 |
| 5198648 | | EDI: SYNC | Jun 21 2024 22:32:00 | Synchrony Bank Sams Club, PO Box 965005, Orlando FL 32896-5005 |
| 5198649 | + | EDI: PHINGENESIS | Jun 21 2024 22:32:00 | The Bank of Missouri/Milstne, PO Box 4499, Beaverton OR 97076-4499 |
| 5198650 | + | EDI: Q3GTBI | Jun 21 2024 22:32:00 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook IL 60062-2757 |
| 5198651 | + | EDI: TCISOLUTIONS.COM | Jun 21 2024 22:32:00 | Total Card Inc, 5109 South Broadband Lane, Sioux Falls SD 57108-2208 |
| 5198653 | | Email/Text: bankruptcy@unifund.com | Jun 21 2024 18:35:00 | Unifund, 10625 Techwoods Circle, Cincinnati OH 45242 |
| 5222158 | | EDI: AIS.COM | Jun 21 2024 22:32:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5198655 | + | EDI: VERIZONCOMB.COM | Jun 21 2024 22:32:00 | Verizon Wireless, 500 Technology Drive Suite |

| Recip ID | | Bypass/EDI | Date | Name and Address |
|---|---|---|---|---|
| | | | | 300, Weldon Springs MO 63304-2225 |
| 5198656 | + | EDI: VERIZONCOMB.COM | Jun 21 2024 22:32:00 | Verizon Wireless, PO Box 28000, Lehigh Valley PA 18002-8000 |
| 5198654 | + | EDI: VERIZONCOMB.COM | Jun 21 2024 22:32:00 | Verizon Wireless, PO Box 5029, Wallingford CT 06492-7529 |
| 5198657 | | EDI: VERIZONCOMB.COM | Jun 21 2024 22:32:00 | Verizon Wireless, PO Box 26055, Minneapolis MN 554260055 |
| 5198658 | + | EDI: BLUESTEM | Jun 21 2024 22:32:00 | Webbank Fingerhut, 6250 Ridgewod Road, Saint Cloud MN 56303-0820 |
| 5215467 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 21 2024 18:35:00 | Wilkes-Barre General Hospital, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 5198661 | + | Email/Text: RMOpsSupport@alorica.com | Jun 21 2024 18:35:00 | Worldwide Asset Purchasing LLC, 11808 Miracle Hills Drive, Omaha, Nebraska 68154-4403 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5198624 | ##+ | Landmark Community Bank, 2 S Main Street, Pittston PA 18640-1712 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 2 Don D Daniels johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| John Fisher | on behalf of Debtor 1 Dorothy Ann Daniels johnvfisher@yahoo.com fisherlawoffice@yahoo.com |

United States Trustee   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Dorothy Ann Daniels<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3521<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Don D Daniels<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2143<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–02097–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dorothy Ann Daniels     Don D Daniels

**By the court:**

6/21/24

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**