**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:  Dorothy Ann Daniels
     Don D Daniels

Case No.:5-19-02097 MJC

Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

## PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Quicken Loans |
| Court Claim Number: | 09 |
| Last Four of Loan Number: | 5261 |
| Property Address if applicable: | 1053 Water St |

## PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $204.16 |
| b. | Prepetition arrearages paid by the trustee: | $204.16 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $204.16 |

## PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

## PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated:  June 25, 2024

Respectfully submitted,


/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Dorothy Ann Daniels
      Don D Daniels

Case No.:5-19-02097 MJC

Chapter 13

      **Debtor(s)**

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on June 25, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**<u>Served Electronically</u>**
John Fisher, Esquire
126 South Main St
Pittston PA 18640

**<u>Served by First Class Mail</u>**
Quicken Loans, Inc
635 Woodward Ave
Detroit MI 48226

Dorothy Ann Daniels
Don D Daniels
1053 Water St
Moosic PA 18507

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 25, 2024

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** **19-02097**    **DOROTHY ANN DANIELS**

**QUICKEN LOANS INC**
635 WOODWARD AVENUE

DETROIT, MI  48226-

Acct No: 5261/PRE ARREARS/1053 WA'

Sequence:  24
Modify:
Filed Date:  6/21/2019  12:00:00AM
Hold Code:

|  | | | Debt: | $204.16 | Interest Paid: | | $0.00 |
| Amt Sched: | | $67,107.00 | | | Accrued Int: | | $0.00 |
| Amt Due: | $0.00 | | Paid: | $204.16 | Balance Due: | | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **QUICKEN LOANS INC** | | | | | | | |
| 520-0 | QUICKEN LOANS INC | | 04/18/2023 | 2024155 | $74.71 | $0.00 | $74.71 | 04/26/2023 |
| 520-0 | QUICKEN LOANS INC | | 03/15/2023 | 2023120 | $92.27 | $0.00 | $92.27 | 03/27/2023 |
| 520-0 | QUICKEN LOANS INC | | 02/15/2023 | 2022123 | $37.18 | $0.00 | $37.18 | 02/28/2023 |
| | | | | Sub-totals: | $204.16 | $0.00 | $204.16 | |
| | | | | Grand Total: | $204.16 | $0.00 | | |